**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | LAWBER BOWERY LLC | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-1239365 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 4-6 Bleecker Street <br> Number    Street <br><br> New York    NY    10012 <br> City    State    ZIP Code <br><br> New York County <br> County | **Mailing address, if different from principal place of business** <br><br> c/o Lawland Corp. <br> Number    Street <br><br> 770 Lexington Avenue <br> P.O. Box <br><br> New York    NY    10065 <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code |
| 5. **Debtor's website** (URL) | _____ | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **LAWBER BOWERY LLC**
       Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>531110 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                          MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor  **Walsam 316 LLC**          Relationship  **Affiliate**<br>        District **New York Southern District**   When  **07/15/2024**<br>                                                    MM / DD / YYYY<br>        Case number, if known  **24-11231** |

Debtor   LAWBER BOWERY LLC                     Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                           Number    Street<br>_____<br>_____<br>City                                              State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **3**

Debtor   LAWBER BOWERY LLC                                   Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2024
             MM / DD / YYYY

✘ /s/ Ephraim I. Diamond                        Ephraim I. Diamond
Signature of authorized representative of debtor    Printed name

Title  CRO

**18. Signature of attorney**

✘ /s/ Mark Frankel                              Date  07/15/2024
Signature of attorney for debtor                       MM / DD / YYYY

Mark Frankel
Printed name

Backenroth Frankel & Krinsky, LLP
Firm name

488 Madison Avenue FL 23
Number      Street

NEW YORK                                        NY        10022-7658
City                                            State     ZIP Code

212-593-1100                                    mfrankel@bfklaw.com
Contact phone                                   Email address

3010238                                         NY
Bar number                                      State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

Debtor _____    Case number *(if known)*_____
         First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| **Walsam 316 Bowery LLC** | **New York Southern District** | 07/15/2024 | 24-11232 |
| **Walsam Bleecker LLC** | **New York Southern District** | 07/15/2024 | 24-11233 |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

316 Bowery Realty Corp., Leonard Taub and Eva

4-6 Bleecker Street LLC, GRJ LLC & Gregory P.
268 Angel Hill Road
Schenectady, NY 12307

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020

City of New York
9 Bond Street
Floors 6 & 7
Brooklyn, NY 11201

City of New York
c/o New York City Law Dept
100 Church St
New York, NY 10007

David S. Lee
349 East 149th Street
Suite 703
Bronx, NY 10451

Department of Finance
66 John Street
2nd Floor
New York, NY 10038

Farber Blicht Eyerman & Herzog
1000 Woodbury Road
Woodbury, NY 11797

FISKAA ENGINEERING
589 Eighth Ave.
New York, NY 10018

Fortress Digital LLC dba SiteCompli LLC
436 Slater Road
New Britain, Ct 06053

Gaddi Goren
125 Park Avenue
New York, NY 10017

GANFER SHORE LEEDS & ZAUDERER LLP
360 Lexington Ave.
New York, NY 10017

HOLLAND AND KNIGHT
P.O. Box 936937
Atlanta, GA 31193

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

JENNIFER K. SCHECTER, PLLC
115 East 86th Street
Apartment 111
New York, NY 10028

KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Ave.
New York, NY 10022

LAW OFFICE OF DANIEL ABRAMS
1250 Broadway
36th Floor
New York, NY 10001

Lawland Bleecker LLC
c/o L. Friedland, 11th floor
770 Lexington Avenue
New York, NY 11221

LINDA GRABOW
419 Park Ave. South
15th Floor
New York, NY 10016

Mage Electrical Contractors
156 Flushing Ave.
Brooklyn, NY 11205

New York State Dept Finance
Bankruptcy Unit
POB 5300
Albany, NY 12205

Noah Nunberg
3 Huntington Quadrangle
Suite 102S
Melville, NY 11747

NYC Dept Bldgs
280 Broadway
New York, NY 10007

NYC Dept Env. Prot.
59-17 Junction Blvd Fl 13
Elmhurst, NY 11373

NYC Dept. Finance
375 Pearl Street 30th Fl
Attn: Legal Affairs
Brooklyn, NY 11201

NYC Housing Pres. Dev.
100 Gold St
New York, NY 10038

NYC Water Board
P.O. Box 11867
Newark, NJ 07101

NYC Water Board
POB 11863
Newark, NJ 07101

NYS Attorney General
28 Liberty St.
New York, NY 10005

Office of United States Trustee
One Bowling Green
New York, NY 10007

Olshan, Frome, Grundman Rosenzweig & Wolosky
1325 Ave. of the Americas
New York, NY 10019

ORBIT PLUMBING & HEATING INC.
2341 McDonald Avenue
Brooklyn, NY 11223

Peter Arnold, Michael Schiller, James Kinney
4 Bleecker Street
Apts 2E, 2W, 3E & 4E/W
New York, NY 10012

Peter Arnold, Michael Schiller, James Kinney,

RDDNY DESIGN BUILD CORP.
1140 Broadway
6th Floor
New York, NY 10001

RIZZO GROUP
P.O. Box 22788
New York, NY 10087

ROSE & ROSE
291 Broadway
13th Floor
New York, NY 10007

Rosenberg & Estis, P.C.

ROSENBERG & ESTIS, P.C., AS ATTORNEY
733 Third Avenue
New York, NY 10017

Sean E. O'Donnell
2 Park Avenue
New York, NY 10016

See Attached Schedule G

See Attached Schedule H

Ted Poretz
11 Times Square
New York, NY 10036

Thompson & Knight

United States Attorney
1 Saint Andrews Plaza
New York, NY 10007

United States SEC
Attn: Bankruptcy
200 Vesey St. Suite 400

VATE PEPUSHAJ
3278 Middletown Road
Bronx, NY 10465

WALTER & SAMUELS, INC.
419 Park Ave. South
15th Floor
New York, NY 10016

WINICK REALTY GROUP
655 Third Avenue
24th Floor
New York, NY 10017

United States Bankruptcy Court

Southern District of New York

In re: LAWBER BOWERY LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

    The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/15/2024

/s/ Ephraim I. Diamond
Signature of Individual signing on behalf of debtor

CRO
Position or relationship to debtor